

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00046-CV

_____

IN RE JOE BYRD, Relator

Original Proceeding
153rd District Court of Tarrant County, Texas
Trial Court No. 153-304457-18

Before Sudderth, C.J.; Birdwell and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and application for emergency ex parte restraining order and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and application for emergency ex parte restraining order are denied.

Per Curiam

Delivered: February 17, 2023